THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. FRANK SALAMONE,

Respondent, and Others, Defendants.— Order dismissing indictment reversed upon the law and the facts, and indictment reinstated. We are of opinion that there was sufficient evidence to warrant the finding of the indictment. We are also of opinion that, while the case was pending in the County Court, the Special Term was without authority to dismiss. Kelly, P. J., Manning, Lazansky and Hagarty, JJ., concur; Kapper, J., dissents.